The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE LARA BOLANOS,<br><br>Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, et. al.,<br><br>Defendants. | No. C20-1240-RAJ<br><br>JOINT STIPULATION AND ORDER TO REMAND AND DISMISS |

**JOINT STIPULATION**

COME NOW the parties, by and through their respective attorneys of record, and respectfully ask the Court to remand the N-400 Application for Naturalization filed by Plaintiff Jose Lara Bolanos to the United States Citizenship and Immigration Services ("USCIS"), with an order that USCIS shall adjudicate and issue a decision on the Application within thirty (30) days of the Order of Remand.  In addition, the parties respectively stipulate to the dismissal of Plaintiff's case without prejudice, and without claim of either party to attorney's fees or costs.

//
//
//
//
//
//
//
//

---

JOINT STIPULATION AND ORDER
TO REMAND AND DISMISS
(C20-1240-RAJ)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON  98402
(253) 428-3800

SO STIPULATED.
DATED this 21st day of October, 2020.

BRIAN T. MORAN
United States Attorney

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Ste. 700
Tacoma, WA 98402
Phone: 253-428-3832
Fax: 253-428-3826
E-mail: pat.gugin@usdoj.gov

*Attorneys for Defendants*

SO STIPULATED.
DATED this 21st day of October, 2020.

*/s/ Alexandra Lozano*
Alexandra Lozano, Esq., WSBA # 40478
16400 Southcenter Pkwy
Suite 410
Tukwila WA 98188
(206)406-3068

*Attorney for Plaintiff*

JOINT STIPULATION AND ORDER
TO REMAND AND DISMISS
(C20-1240-RAJ)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WASHINGTON  98402
(253) 428-3800

# ORDER OF REMAND

It is so ORDERED.

Plaintiff's N-400 Application for Naturalization is hereby remanded to the United States Citizenship and Immigration Services ("USCIS").  USCIS shall adjudicate and issue a decision on the Application within thirty (30) days of this Order of Remand.  In addition, the case is hereby dismissed without prejudice, and without claim of either party to attorney fees or costs.

DATED this 22nd day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION AND ORDER
TO REMAND AND DISMISS
(C20-1240-RAJ)

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, Washington  98402
(253) 428-3800